UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW SON                                    JURY TRIAL DEMANDED

v.                                            CASE NO.  3:11 cv

JOSEPH VEGAS
FRANK DAVIS
LOMBARDO, DAVIS & GOLDMAN LLC
THE LOMBARDO SUTHERLAND MYERS FIRM

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendant Joseph Vegas is the office manager of Lombardo, David & Goldman (LDG), 735 Delaware Rd #317, Buffalo NY 14223, a collection agency which was not licensed in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating concerning plaintiff's disputed and illegal payday loan account.

7. Defendant Frank Davis is the managing partner of LDG, who is responsible for adopting the form letters and tactics of LDG.

8. Defendant Lombardo Sutherland (LSM), 5400 So. University Dr, Fort Lauderdale

FL 33328, which is a collection agency that was not licensed in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning his disputed payday loan account.

9. LSM is the Florida office of LDG.

10. Defendants did not send plaintiff the notices required by 15 U.S.C. §1692g at any time, despite communicating with him by phone on November 10, 2010, and by email December 8, 2010.

11. In both communications, defendants prominently threatened litigation.

12. In the collection efforts, each defendant violated the FDCPA, § 1692d, -e(2), (3), 5), (10), (11), (14), -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each defendant .

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

                    THE PLAINTIFF

*/s/ Joanne S. Faulkner*

        BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net